IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN DELANEY | : | CIVIL ACTION |
| v. | : | |
| BARRY SMITH, et al. | : | NO. 19-5338 |

**ORDER**

AND NOW, this 10th day of August, 2020, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby that:

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

S/J. CURTIS JOYNER
_____
J. CURTIS JOYNER          J.